.

American Express
Attn: Correspondence
PO Box 981540
El Paso, TX 79998


Americas Servicing Co/Wells Fargo Home M
1000 Blue Gentian Rd. #300
Mac #X7801-02k
Eagan, MN 55121


Cambridge Pointe Townhome Association
c/o Rowell Inc.
2587 Millennium Drive, Suite H
Elgin, IL 60124


Capital One Bank USA, N.A.
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Dupage County Clerk
421 N. County Farm Road
Wheaton, IL 60187


Dupage County Treasurer
421 N. County Farm Road
Wheaton, IL 60187


Equifax Information Services, LLC
1550 Peachtree Street NW
Atlanta, GA 30309


Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626


IRS Department of Treasury
ACS Support - Stop 5050
PO Box 219236
Kansas City, MO 64121


JPMorgan Chase Bank, N.A.
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE 19850

```
Specialized Loan Services
Attn: Bankruptcy
8742 Lucent Blvd.  Suite 300
Highlands Ranch, CO 80129


State of Illinois: Department of Revenue
PO Box 19006
Springfield, IL 62794


Trans Union LLC
P.O. Box 2000
Chester, PA 19016-2000


Vishal Oza
1124 Regency Lane
Carol Stream, IL 60188


Wells Fargo Home Bank, N.A.
Attn:  Bankruptcy Dept. / MAC# D3347-014
3476 Steteview Blvd.
Fort Mill, SC 29715
```