Certificate Number: 15317-ILN-CC-026997526



15317-ILN-CC-026997526

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 23, 2016</u>, at <u>2:40</u> o'clock <u>PM PST</u>, <u>Veena V Oza</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

| | | | |
|---|---|---|---|
| Date: | February 23, 2016 | By: | /s/Mariel Macrohon |
| | | Name: | Mariel Macrohon |
| | | Title: | Counselor |

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).