| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Veena Vijaykumar Oza** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–0218** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | |
| Case number:  **16–06983** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Veena Vijaykumar Oza
dba OzaNet, Inc. 43–1973300

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

June 4, 2018                **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                  United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 16-06983-JSB
Veena Vijaykumar Oza                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: tcollinsm              Page 1 of 2         Date Rcvd: Jun 04, 2018
                              Form ID: 3180W               Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2018.
db           +Veena Vijaykumar Oza,    345 Heritage Woods Drive,    West Chicago, IL 60185-5968
24269471     +Cambridge Pointe Townhome Association,    c/o Rowell Inc.,   2587 Millennium Drive, Suite H,
               Elgin, IL 60124-5826
24593778     +Deutsche Bank National Trust Co.,Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
24269473     +Dupage County Clerk,    421 N. County Farm Road,   Wheaton, IL 60187-3992
24269475     +Equifax Information Services, LLC,    1550 Peachtree Street NW,   Atlanta, GA 30309-2468
24269476     +Experian Information Solutions, Inc.,    475 Anton Boulevard,   Costa Mesa, CA 92626-7037
24269479     +Specialized Loan Services,    Attn: Bankruptcy,   8742 Lucent Blvd. Suite 300,
               Highlands Ranch, CO 80129-2386
24269480     +State of Illinois: Department of Revenue,    PO Box 19006,   Springfield, IL 62794-9006
24269481      Trans Union LLC,    P.O. Box 2000,   Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24499626      EDI: BECKLEE.COM Jun 05 2018 04:18:00      AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,
               PO BOX 3001,    MALVERN, PA 19355-0701
24269469     +EDI: AMEREXPR.COM Jun 05 2018 04:19:00      American Express,    Attn: Correspondence,
               PO Box 981540,    El Paso, TX 79998-1540
24269470     +EDI: WFFC.COM Jun 05 2018 04:18:00      Americas Servicing Co/Wells Fargo Home M,
               1000 Blue Gentian Rd. #300,   Mac #X7801-02k,   Eagan, MN 55121-1786
24460549      EDI: CAPITALONE.COM Jun 05 2018 04:19:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC 28272-1083
24269472     +EDI: CAPITALONE.COM Jun 05 2018 04:19:00      Capital One Bank USA, N.A.,    Attn: Bankruptcy,
               PO Box 30285,   Salt Lake City, UT 84130-0285
24269474     +E-mail/Text: collector@dupageco.org Jun 05 2018 00:27:15      Dupage County Treasurer,
               421 N. County Farm Road,    Wheaton, IL 60187-3992
24269477      EDI: IRS.COM Jun 05 2018 04:19:00      IRS Department of Treasury,    ACS Support - Stop 5050,
               PO Box 219236,   Kansas City, MO 64121
24768830     +E-mail/Text: rev.bankruptcy@illinois.gov Jun 05 2018 00:27:29
               Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0291
24269478     +EDI: CHASE.COM Jun 05 2018 04:18:00      JPMorgan Chase Bank, N.A.,    Attn: Correspondence Dept,
               PO Box 15298,   Wilmington, DE 19850-5298
24269483     +EDI: WFFC.COM Jun 05 2018 04:18:00      Wells Fargo Home Bank, N.A.,
               Attn: Bankruptcy Dept. / MAC# D3347-014,    3476 Steteview Blvd.,    Fort Mill, SC 29715-7203
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24336731      U.S. Bank National Association, as Trustee,   c/o America’s Servicing Co., as servicer,
               Attn: Bankruptcy Dept./MAC#D3347-014,   3476 Stateview Blvd., Fort Mill, SC 2971
24269482     ##+Vishal Oza,   1124 Regency Lane,   Carol Stream, IL 60188-4329
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: tcollinsm              Page 2 of 2                   Date Rcvd: Jun 04, 2018
                              Form ID: 3180W              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2018 at the address(es) listed below:

        Glenn B Stearns    mcguckin_m@lisle13.com
        Joseph S Davidson    on behalf of Debtor 1 Veena Vijaykumar Oza jdavidson@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Peter C Bastianen    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a America's Servicing Company as servicing agent for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage- ND-Four@il.cslegal.com
        Peter C Bastianen    on behalf of Creditor   U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-3 ND-Four@il.cslegal.com
        Terri M Long    on behalf of Creditor   Specialized Loan Servicing LLC tmlong@tmlong.com, Courts@tmlong.com

                                                                                                                                                      TOTAL: 6